UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| VERNA E. SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:14-cv-7 |
| ) | |
| ASCENSION HEALTH, INC., ) | CHIEF JUDGE HAYNES |
| ) | |
| SAINT THOMAS HEALTH f/n/a SAINT ) | JURY DEMAND |
| THOMAS HEALTH SERVICES, ) | |
| ) | |
| SAINT THOMAS HICKMAN HOSPITAL ) | |
| f/n/a HICKMAN COMMUNITY ) | |
| HEALTHCARE SERVICES, INC. a/k/a ) | |
| HICKMAN COMMUNITY HOSPITAL, ) | |
| ) | |
| SAINT THOMAS HOME HEALTH f/k/a ) | |
| HICKMAN COMMUNITY HOME CARE, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

*Handwritten note by Judge:* Based upon the amended complaint that supersedes the original complaint, this motion is DENIED without prejudice to renew. /s/ Judge Haynes 3-11-14

ASCENSION HEALTH'S, SAINT THOMAS HEALTH'S, AND SAINT THOMAS HOME HEALTH'S MOTION TO DISMISS AND ALL DEFENDANTS' MOTION FOR PARTIAL DISMISSAL

---

Comes now the multiple Defendants in this matter, through counsel, and move to dismiss Ascension Health,[1] Saint Thomas Health and Saint Thomas Home Health as party Defendants. Defendants also move to dismiss the Plaintiff's claims brought for alleged violations of the Americans with Disabilities Act ("ADA"), negligent infliction of emotional distress, negligence, negligence *per se*, negligent hiring, and invasion of privacy.

---

[1] Ascension Health is incorrectly listed in Plaintiff's Complaint as Ascension Health, Inc.