IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| VERNA E. SANDERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| SAINT THOMAS HEALTH f/k/a SAINT THOMAS HEALTH SERVICES, | ) ) ) Docket No. 1:14-cv-7 |
| SAINT THOMAS HICKMAN HOSPITAL f/k/a HICKMAN COMMUNITY HEALTHCARE SERVICES, INC. a/k/a HICKMAN COMMUNITY HOSPITAL, | ) ) JUDGE HAYNES ) ) JURY DEMAND ) ) |
| SAINT THOMAS HOME HEALTH f/k/a HICKMAN COMMUNITY HOME CARE, INC. | ) ) ) ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Parties, having fully compromised and resolved all disputes between them, request the Court DISMISS this matter with PREJUDICE, with each side to bear its own costs, fees, including attorneys' fees and expenses.

**IT IS SO ORDERED.**

ENTERED: This the 9th day of January 2015.

Senior District Judge William J. Haynes, Jr.